IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH ALEXANDER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cv-00053-BL |
| | ) | |
| DAWN HILL-KEARSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On March 2, 2026, the Magistrate Judge recommended that the court dismiss this case without prejudice.  (Doc. 11).  The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation on March 16, 2026.  (Doc. 11). To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge and **DISMISSES** this case without prejudice.

A separate final judgment will be entered.

**DONE** and **ORDERED** on this the 23rd day of March, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE